**United States District Court**
**For the Northern District of California**

**E-FILED on** 8/17/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIAN GONZALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | No. C-09-01776 RMW<br><br>JUDGMENT |

The parties' cross-motions for summary judgment having been considered and a decision remanding the action for further proceedings having been rendered, IT IS HEREBY ORDERED that judgment be entered pursuant to 42 U.S.C. §405(g) vacating the decision of the Commissioner and remanding the action fro further proceedings in accordance with the court's order.

DATED:　　8/17/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-01776 RMW
TER