1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 JULIAN GONZALES,              )
                                 )   CIVIL NO. C-09-01776 RMW
12      Plaintiff,               )
                                 )
13      v.                       )
                                 )   STIPULATION AND ORDER APPROVING
14 MICHAEL J. ASTRUE,            )   SETTLEMENT OF ATTORNEY FEES
   Commissioner of               )   PURSUANT TO THE EQUAL ACCESS TO
15 Social Security,              )   JUSTICE ACT
                                 )
16      Defendant.               )
17 _____ )

18     IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,
19 subject to the Court's approval, that counsel for Plaintiff, as assignee, be awarded attorney fees under the
20 Equal Access to Justice Act, (EAJA) in the amount of FIVE THOUSAND, TWO HUNDRED DOLLARS
21 AND ZERO CENTS ($5,200.00). This amount represents compensation for all legal services rendered on
22 behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).
23     After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider
24 the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to <u>Astrue</u>
25 <u>v. Ratliff</u>, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether
26 the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's
27 Offset Program. After the order for EAJA fees and expenses is entered, the government will determine
28 whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Tom Weathered, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: October 28, 2010        /s/ *Tom Weathered*
                               (*As authorized via email*)

                               TOM WEATHERED
                               999 16TH Street, #7
                               San Francisco, CA 94107

                               Attorney for Plaintiff

                               MELINDA L. HAAG
                               United States Attorney

Dated: October 28, 2010    By: /s/ *Elizabeth Firer*
                               ELIZABETH FIRER
                               Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of FIVE THOUSAND, TWO HUNDRED DOLLARS AND ZERO CENTS ($5,200.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated:    1/04/2011                    *Ronald M. Whyte*
                                       RONALD M. WHYTE
                                       United States District Judge